UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GERRUE, | No. 2: 15-cv-0045 WBS KJN P |
| Petitioner, | |
| v. | ORDER |
| KIM HOLLAND, | |
| Respondent. | |

    Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  For the reasons stated herein, petitioner is directed to file further briefing in support of his motion to stay.

    In the petition, petitioner requested that this action be stayed while his "state appeals are still going." (ECF No. 1 at 3.)

    On January 22, 2015, the undersigned issued an order directing petitioner to file a motion to stay within thirty days indicating whether he was seeking to stay this action pursuant to the procedures outlined in Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002), or Rhines v. Weber, 544 U.S. 269 (2005).  (ECF No. 12.)  This order described the procedures for a stay pursuant to Rhines.  (Id. at 2.)  A stay pursuant to Rhines requires a petitioner to show good cause for failure to exhaust the claims in state court prior to filing a petition.  (Id.)  In addition, a stay pursuant to Rhines is inappropriate where the claims are "plainly meritless" or where the petitioner engaged

1

in "abusive litigation tactics or intentional delay." (Id.)

On February 6, 2015, petitioner filed a motion to stay pursuant to Rhines. (ECF No. 13.) However, in this motion petitioner does not address the Rhines factors discussed in the January 22, 2015 order. In particular, petitioner does not address the issue of whether there is good cause for his failure to exhaust his claims prior to the filing of this action. Accordingly, petitioner is granted thirty days to file further briefing in support of his motion to stay addressing why he did not exhaust his claims before filing the instant action.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file further briefing in support of his motion to stay.

Dated: March 25, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ger45.fb

2